UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

NICK MENDS,                              )
                                         )
    Petitioner,                          )
                                         )
v.                                       )   Case No. 4:09-cv-00333-WMA-HGD
                                         )
MICHAEL CHERTOFF, et al.,                )
                                         )
    Respondents.                         )

## DISMISSAL ORDER

On December 3, 2009, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. Petitioner obtained an extension until December 28, 2009, in which to file objections. On December 24, 2009, petitioner filed objections to the magistrate judge's report and recommendation.

After a *de novo* review of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DISMISSED WITHOUT PREJUDICE.

DONE this 13th day of January, 2010.

```
_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE
```